In the Matter of the Biennial Election of the Catholic Women's Benevolent Legion, a Corporation. Catherine M. Fannon and Others, Members of the Supreme Council of the Catholic Women's Legion, Appellants; Ellen M. Joyce, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Minnie Brothers, Respondent, for the Revocation of Liquor Tax Certificate Issued to Sarah Klein, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Charles T. Dunning, as Special Guardian of Catherine B. Bell, an Incompetent Person, Appellant. John Berry and Jacob Berry, as Committee, etc., of Catherine B. Bell, an Incompetent Person, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman H. Levy, Respondent, v. "Henry" Toyoda, the Name Henry Being Fictitious, etc., and Others, All of Whom Are Surviving Partners of the Firm of Scheuer & Co., Doing Business at No. 489 Broadway, in the Borough of Manhattan, City of New York, and also in Japan, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John C. Oldmixon, Respondent, v. William Nilson Severance, Individually, Impleaded with William N. Severance and Martha R. Severance, as Executors, etc., of Stephen N. Severance, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Anna C. Larney, Respondent, for an Order Determining the Lien of James C. Bushby and Lancelot M. Berkeley, Attorneys at Law, upon Certain Property and Causes of Action and Compelling the Said Attorneys to Account. Lancelot M. Berkeley, Appellant.— Order modified so as to charge appellant with only one-half of the costs of the reference, and as modified affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York ex rel. Nathan Kokoshkin, Appellant, v. The Harlem Independent Sick Support Society, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Opening Belmont Street from Clay Avenue to Morris Avenue, in the Borough of the Bronx. In the Matter of the Application of Harold Swain, Respondent, and Horace Anderson for Payment of Damage Parcels Nos. 9 and 10; The City of New York, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Settle order on notice.

Frederick P. Dunn, Respondent, v. Thomas R. Martin, Appellant.— Order affirmed, with ten dollars and disbursements. No opinion.

In the Matter of the Last Will and Testament of Leah E. Hackett Hughes, Deceased. Augustine F. Hughes, as Executor, etc., of Leah E. Hackett Hughes, Deceased, Appellant; Eloise B. Crothers, Respondent.— Order affirmed, with ten dollars costs and disbursements to be paid by executor personally. No opinion.

The People of the State of New York ex rel. A. Leschen & Sons Rope Company, Appellant, v. John J. Brady and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion. Ingraham and McLaughlin, JJ., dissenting.